**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

  -against-

VANDERMME MCDONALD,
    Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

  The telephone status conference previously scheduled for Tuesday, August 25, 2020 at 10:00 AM is hereby rescheduled to Thursday, October 22, 2020 at 11:30 AM.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0288

Dated: August 10, 2020
   New York, NY

             _____
               RICHARD M. BERMAN
                 U.S.D.J.