**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           15 CR. 288 (RMB)

   -against-

                                                                           **ORDER**

VANDERMME MCDONALD,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, September 1, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0288

Dated: August 19, 2021
       New York, NY

                                                  */s/ Richard M. Berman*
                                                  RICHARD M. BERMAN
                                                         U.S.D.J.