**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                   15 CR. 288 (RMB)

-against-

                   **ORDER**

VANDERMME MCDONALD,
     Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, December 16, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0288

Dated: December 9, 2021
   New York, NY

                *Richard M. Berman*
              _____
               RICHARD M. BERMAN
                 U.S.D.J.