```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                         15 CR 288 (RMB)
                                       Supervised Release
                                       Hearing
VANDERMME MCDONALD,

                Defendant.

------------------------------x
                                       New York, N.Y.
                                       December 16, 2021
                                       9:40 a.m.
Before:

                HON. RICHARD M. BERMAN,

                                       District Judge


                APPEARANCES VIA TELECONFERENCE

DAMIAM WILLIAMS,
     United States Attorney for the
     Southern District of New York
BY:  HAGAN C. SCOTTEN
     Assistant United States Attorney

KENNETH MONTGOMERY
     Attorney for Defendant


ALSO PRESENT:   DAVEENA TUMASAR, USPO, SDNY
```

1        (The Court and all parties appearing telephonically)

2        THE COURT:  Okay.  Good morning, everybody.  Our last
3   supervised release hearing was held on September 1st, 2021, and
4   Ms. Gersten, social worker at Samaritan Village also
5   participated in that hearing.  She advised the Court that
6   things were going pretty well and, indeed, suggested, and I
7   went along with that, that treatment be discontinued because
8   such good progress was being made.  So the record will speak
9   for itself from September 1.  I'm going to make that transcript
10  Court Exhibit A to today's proceeding.

11       Perhaps, if we have the probation officer on the case,
12  we start and get an update about Mr. McDonald's progress and
13  how things are going.

14       And I would ask Christine to swear in first probation
15  and then if we have Ms. Gersten on the phone, I wasn't sure if
16  we did, but if we do, if we could hear from her as well.

17       THE DEPUTY CLERK:  Yes, Judge.  I'll swear in Officer
18  Tumasar.  I don't believe Ms. Gersten is on the line, as
19  treatment was terminated at the last hearing.

20       THE COURT:  Right.  Okay.

21       (Probation Officer Tumasar sworn)

22       Hi.  So could you tell us how things are progressing?
23  I do recall authorizing the termination of treatment and that
24  happened, I take it, on or about September 1; is that correct?

25       MS. TUMASAR:  Yes, your Honor.  Good morning.

1          Yes, in light of the Court's approval of Ms. Gersten's
2   recommendation to terminate treatment, treatment was terminated
3   on September 2nd, 2021.
4          THE COURT:  Okay.
5          MS. TUMASAR:  And Mr. McDonald continues to do very
6   well on supervised release.  There's been absolutely no issues
7   with Mr. McDonald.  He maintains contact with probation.  He
8   continues to work at the warehouse for UPS, where he is earning
9   $20 an hour.  He is employed full time, and as I stated, there
10  has been no incidents where -- any negative incidents, rather,
11  where it's required us to bring to the Court's attention.
12         THE COURT:  Oh, good.  So and things at home, all of
13  that?
14         MS. TUMASAR:  Yes, everything at home is intact.  He
15  continues to reside with his mother and sisters, all of whom
16  are employed.  Mr. McDonald does have a stable family life.
17         THE COURT:  Great.  So with that, I think I'll hear
18  from Mr. McDonald and see firsthand from you how things are
19  going from your perspective?
20         THE DEFENDANT:  Hello?
21         THE COURT:  Yes, Mr. McDonald.  Can you hear me?
22         THE DEFENDANT:  Yeah, I can hear you, your Honor.
23  Things are going pretty fine.  I'm still working, staying out
24  of trouble, clean urine, just maintaining, doing things I
25  should do.

1              THE COURT:  Good.  Sounds great.
2              THE DEFENDANT:  In January I'm about to turn a UPS job
3     at my job; so more money, more hours just try to elevate that's
4     at all.
5              THE COURT:  Sounds good.  No, sounds good to me.
6         Socially how are things, good at home?
7              THE DEFENDANT:  Things is fine at home, just
8     maintaining, as I say, your Honor, just doing good.  That's
9     all.
10             THE COURT:  That's great.  I think that's great.
11    That's all everybody who is on this call, I'm sure, is
12    supportive of that.  It sounds like a great report and good to
13    hear it.  It really is good to hear it.
14             Anybody else want to add anything to today's record?
15             THE DEFENDANT:  I got one question, your Honor.
16             THE COURT:  Yes, let's hear it.
17             THE DEFENDANT:  I'd like to take a trip in April to
18    Greece with my girlfriend for her birthday, and another trip,
19    like two, three months later for my grandmother's memorial and
20    my grandfather to Jamaica.
21             THE COURT:  And, Ms. Tumasar, what do you think of
22    that?  That sounds okay with me.  What we usually ask is if
23    it's okay with probation, that he just apprise you of the
24    details of, you know, where he's going and where he's staying,
25    that kind of thing, but I have no objection, if you don't.

1          MS. TUMASAR:  Your Honor, I absolutely do not have any
2     objections.  I think Mr. McDonald has earned both trips.  I
3     know that the Jamaica trip was something he talked about for a
4     while, and he's has been very patient.  So I do, not have --
5     probation does not have any objections.
6          As I stated, I think he's earned the travel privilege.
7     If the Court is going to order both travel arrangements, that's
8     okay, and I will follow up with Mr. McDonald.  And he'll
9     provide me with his travel itinerary and accommodations for
10    both trips.
11         THE COURT:  Yes.  So I don't know if you need a
12    written order, but I've determined is that travel outside of
13    the district, outside of our jurisdiction, is acceptable to me
14    and subject only to the approval of probation, which has just
15    been given.
16         We always require in advance of the trip, as far in
17    advance as possible, Mr. McDonald, if you could supply
18    Ms. Tumasar with the details; when you're going to be away, the
19    dates, and when you're coming back and where you're staying.
20    That's generally, if I understand it, what information
21    probation usually requires.  That's fine with me, if that's
22    agreeable to you, to make that information available.
23         THE DEFENDANT:  Yes, it is, your Honor.  No problem.
24         THE COURT:  Yes, and I think it's as Ms. Tumasar is
25    saying.  I think you earned it, and I'm just delighted that

1      things are going to well.
2              THE DEFENDANT:  Thank you so much.
3              THE COURT:  My pleasure.
4              So, Christine, if we can pick a date that doesn't
5      interfere with the travel.
6              Do you have now an idea of when those trips will
7      happen?
8              THE DEFENDANT:  One of them might be April because I'm
9      going to start a new position in the job; so I don't know if I
10     can take time off to go, but that one is a maybe.  But the
11     Jamaica, it will be next year for sure, for sure.  I'll give
12     her the dates for both, just in case, but the Jamaica is for
13     sure for a go.
14             THE COURT:  All right.  And when is that likely to be?
15             THE DEFENDANT:  What, the Jamaica one?
16             THE COURT:  Yes.
17             THE DEFENDANT:  Like -- I'd say like May, June, like
18     around that time.
19             THE COURT:  Oh, perfect. Okay.  So we're going to get
20     together before then, you know, briefly.
21             And by the way, I said last time, that this might be a
22     case that we could terminate supervision early.  And I think I
23     even said last time we could, if things keep going well, knock
24     off at least one year and maybe two years of your supervision.
25     So currently --

1           THE DEFENDANT:  Yeah, no problem.  Anytime y'all
2    ready, I got no problem because I'm doing things I'm supposed
3    to do.  But anytime y'all want to feel like y'all want to do
4    something, you know, I'm cool with that.  But I got no problems
5    right now.  I'm straight.
6           THE COURT:  That's good.  I think it's wonderful,
7    actually.
8           I think, Ms. Tumasar, I'll leave it to you.  It may be
9    a little early right now, but if you want to think about that
10   and make a proposal down the road, perhaps after the trips, or
11   I don't know exactly when, you know, you'll decide is the
12   appropriate time, but it's on my mind.  I know it's on yours,
13   and I think it's well deserved.
14          MS. TUMASAR:  I agree, your Honor.  And I certainly
15   will make the proposal to the Court.  If things continue to go
16   well, I believe that I will make the proposal at the next
17   conference.  As I stated, this is one of those cases, and we
18   have very few, but that has a very good chance of success.  And
19   we want to encourage Mr. McDonald to continue doing well, and I
20   have no doubt that he will continue to do well and that he will
21   be successful beyond supervised release.  So I believe that
22   probation will make the recommendation at the next conference.
23          THE COURT:  Okay.  You know, I agree with you a
24   hundred percent.  These kinds of situations don't come along
25   all that often.  Early termination is certainly the way we like

1    to deal with them and reward the person for, you know, their
2    success in supervision.  So I'll look forward to that.
3             And, in fact, why don't we set a date for some time in
4    March, Christine, and we'll see where things stand.
5             THE DEPUTY CLERK:  Yes, Judge.  How is Wednesday,
6    March 30 at 9:00 a.m.?
7             THE COURT:  Works for me.  Mr. McDonald?
8             MR. MONTGOMERY:  Works for the defense.
9             THE COURT:  Is that good for defense?
10            MR. MONTGOMERY:  Yes, your Honor.
11            THE DEFENDANT:  Yes.
12            THE COURT:  Okay.  And, Christine, did you say 9:30?
13            THE DEPUTY CLERK:  I said 9:00, Judge.
14            THE COURT:  9:00.  All right.  So that's our next
15   hearing date.  I didn't ask counsel if they wanted to add
16   anything.  They're certainly welcome to, but it's a good story
17   we're hearing here, and I'm happy that it's happening.
18            MR. MONTGOMERY:  Nothing from the defense, other than
19   have a great year, Mr. McDonald, and keep striving.
20            THE DEFENDANT:  You, too.  Thank you so much.
21            THE COURT:  Government?
22            MR. SCOTTEN:  Yes, Judge, that works for us.
23            THE COURT:  Okay.  All right.  Then thanks everybody.
24   Have a great holiday and we'll --
25            MR. MONTGOMERY:  You, as well.

LCGPMCDH

1      THE COURT:  Yup, and we'll talk again in March.
2      MS. TUMASAR:  Thank you.
3      MR. MONTGOMERY:  Thank you.
4      MR. SCOTTEN:  Thank you.
5      THE COURT:  Thanks, everybody.
6      (Adjourned)