UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

VANDERMME MCDONALD,
                Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, August 2, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0288

Dated: July 28, 2022
       New York, NY

                                                          _____
                                                              RICHARD M. BERMAN
                                                                   U.S.D.J.