**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           15 CR. 288 (RMB)

   -against-

                                                                           **ORDER**

VANDERMME MCDONALD,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, October 17, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial in Number: (646) 453-4442
      Conference ID: 872 129 802#

Dated: October 11, 2022
       New York, NY

                                                                       _____
                                                                           RICHARD M. BERMAN
                                                                                 U.S.D.J.