**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

          15 CR. 288 (RMB)

   -against-

**ORDER**

VANDERMME MCDONALD,
          Defendant.
------------------------------------------------------------X

The supervised release hearing previously scheduled for Monday, November 28, 2022 at 9:30 AM is hereby rescheduled to 9:00 AM.

The proceeding is being held by video. Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial in Number: (646) 453-4442
   Conference ID: 872 129 802#

Dated: November 18, 2022
       New York, NY

                                    _____
                                    RICHARD M. BERMAN
                                          U.S.D.J.