**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

                                      15 CR. 288 (RMB)

  -against-

                                      **ORDER**

VANDERMME MCDONALD,
           Defendant.
------------------------------------------------------------X

      Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. McDonald's dedicated compliance with supervised release, including, but not limited to, his successful supervision, his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective November 28, 2022 is warranted. The Court also finds that Mr. McDonald has conducted himself in an exemplary and law abiding fashion and met the requirements (conditions) of his supervision.  <u>See</u> transcript of proceedings held on November 28, 2022 for a complete record.

Dated: November 28, 2022
       New York, NY

                                                           _____
                                                               RICHARD M. BERMAN
                                                                   U.S.D.J.

# Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Vandermme McDonald's supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Mr. McDonald's further supervised release obligations in accordance with
18 U.S.C. § 3583(e)(1).
Congratulations for a job well done.

November 28, 2022

*Richard M. Berman*
Richard M. Berman
U.S. District Judge